No. 74–492. OHIO v. GALLAGHER. Sup. Ct. Ohio. [Certiorari granted, 420 U. S. 1003.] Motion of respondent for appointment of counsel granted and Jack T. Schwarz, Esquire, of Dayton, Ohio, is appointed to serve as counsel for respondent in this case. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 74–850. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. WEBER. C. A. 9th Cir. [Certiorari granted, 420 U. S. 989.] Peter David Ehrenhaft, Esquire, of Washington, D. C., is invited to brief and argue this case as *amicus curiae* in support of judgment below. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this order.

No. 74–6457. GOODSPEED v. GRIGGS, INSTITUTION SUPERINTENDENT. Motion for leave to file petition for writ of habeas corpus denied.